# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0175

VERSUS

STEVEN JERMAINE CHARLES                               **MAY 8, 2023**

---

In Re:    Steven Jermaine Charles, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 548792.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                                MRT
                                WRC
                                CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT